IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HENRIETA PISZTORIA,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Case No.: 2:21-cv-01259 |
| | : |
| **TURTLE CREEK VALLEY MENTAL HEALTH/MENTAL RETARDATION, INC.** | : |
| | : |
| **Defendant.** | : |

**STIPULATION TO DISMISS CASE WITH PREJUDICE**

On consent of the parties and counsel, kindly dismiss this case with prejudice pursuant to Fed.R.Civ.P. 41 (a)(1)(ii). Each party is to bear its own fees and costs.

**J.P. WARD & ASSOCIATES, LLC.:**

/s/ Joshua P. Ward
Joshua P. Ward, Esquire
PA ID # 320347
J. P. Ward & Associates, LLC
201 South Highland Ave.
Suite 201
Pittsburgh, PA 15206
(412)545-3016
jward@jpward.com

**LITCHFIELD CAVO, LLP:**

/s/ Trisha Gill and Rachel Lutz
Trisha Gill, Esquire
PA ID #
Rachel Lutz
PA ID #
Litchfield Cavo, LLP
603 Stanwix St., 10th Floor
Pittsburgh, PA 15222
(412)291-8242
gill@litchfieldcavo.com
lutz@litchfieldcavo.com

IT IS SO ORDERED this 22nd day of September 2022.

/s/ Marilyn J. Horan
Marilyn J. Horan
United States District Judge